**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BYRON HUGHES, | Case No. 15-cv-05116-BLF |
| Plaintiff, | |
| v. | **ORDER RESETTING HEARING DATE** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

The Court RESETS the hearing date for Defendant Capital One Bank (USA), N.A.'s motion to dismiss from March 17, 2016 at 9:00 a.m. to January 7, 2016 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 11, 2015

BETH LABSON FREEMAN
United States District Judge