# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BYRON HUGHES,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No.  15-cv-05116-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING PRETRIAL AND TRIAL DATES; AND DIRECTING PARTIES TO SUBMIT A JOINT STIPULATED CASE SCHEDULE** |

The Court hereby orders as follows:

(1) The Case Management Conference set for March 24, 2016 is VACATED;

(2) The Final Pretrial Conference is set for October 26, 2017 at 1:30 p.m.;

(3) Trial is set for November 13, 2017 at 9:00 a.m.;

(4) The parties shall submit a joint stipulated case schedule in light of the Pretrial and Trial dates set by the Court;

(5) Any motion for summary judgment must be set for hearing at least 90 days before trial and the hearing date must be reserved with the Court before the motion is filed; and

(6) A Further Case Management Conference is set for July 7, 2016 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated:  January 13, 2016

_____
BETH LABSON FREEMAN
United States District Judge