UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BYRON HUGHES,<br><br>                Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.,<br><br>                Defendant. | Case No.  5:15-cv-05116-BLF<br><br>**CASE MANAGEMENT ORDER** |

On July 7, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 05/04/2017 at 2:00 p.m. |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 08/17/2017 at 9:00 a.m. |
| Final Pretrial Conference | 10/26/2017 at 1:30 p.m. |
| Trial | 11/13/2017 at 9:00 a.m. |

United States District Court
Northern District of California

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2  are referred to the assigned Magistrate Judge.

3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4  orders, which are available on the Court's website and in the Clerk's Office.

5    IT IS FURTHER ORDERED THAT the parties are to meet, confer, and file a stipulated

6  proposed schedule regarding dates and deadlines to trial.

7

8  Dated:  July 7, 2016

9  _____

10  BETH LABSON FREEMAN
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California